1  MICHELLE D. SPENCER, CBN 164696
   LAW OFFICE OF MICHELLE D. SPENCER
2  55 River Street, Suite 100
   Santa Cruz, CA 95060
3  Tel:  831 458 0502
   Fax: 831 515 5053
4

5  Attorney for Javier Martinez Montecinos Rosales

6

7

8            IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11                  SAN JOSE DIVISION

12

13  UNITED STATES OF AMERICA,           CASE NO:  CR13-00224-EJD

14              Plaintiff,

15
    v.                                   STIPULATION AND [PROPOSED] ORDER
16                                        CONTINUING STATUS CONFERENCE TO
                                          JULY 1, 2013 AND EXCLUDING TIME
17  JAVIER MARTINEZ MONTECINOS           UNDER THE SPEEDY TRIAL ACT
    ROSALES and VICTOR CERNAS,
18

19              Defendants.

20

21

22       The parties, by and through their respective counsel, hereby stipulate, subject to the

23  Court's approval, that the status conference currently scheduled for June 3, 2013 be continued

24  to July 1, 2013 for further status.

25       The parties further stipulate that time should be excluded under the Speedy Trial Act

26  from June 3, 2013 through and including July 1, 2013 for effective preparation of defense

27  counsel.  Additional discovery is expected to be distributed to the defense soon.  Counsel will

28  need time to review it and conduct any necessary investigation.
                                        - 1 -
    Stipulation and [Proposed] Order Continuing Status Hearing

IT IS SO STIPULATED.

Dated: May 28, 2013

MELINDA HAAG
United States Attorney

_____/S/_____
GARY FRY
Assistant United States Attorney

Dated: May 28, 2013

_____/S/_____
THOMAS J. FERRITO
Counsel for Victor Cernas

Dated: May 28, 2013

_____/S/_____
MICHELLE D. SPENCER
Counsel for Javier Martinez Montecinos Rosales

[PROPOSED] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREBY ORDERED that the status conference currently scheduled for both

defendants on June 3, 2013 shall be continued to July 1, 2013 at 1:30 p.m. for further status.

FURTHER, the Court finds that failing to exclude the time between June 3, 2013

through and including July 1, 2013, would unreasonably deny defense counsel time for

effective preparation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv).  The ends of justice served by

excluding the time between June 3, 2013 and July 1, 2013, from computation under the

Speedy Trial Act outweigh the interests of the public and the defendant in a speedy trial.

Stipulation and [Proposed] Order Continuing Status Hearing

IT IS FURTHER ORDERED that the time between June 3, 2013 through and including July 1, 2013, shall be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), and (B)(iv), and 18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.


Dated:    5/29/2013                                   _____
                                                      THE HONORABLE EDWARD J. DAVILA
                                                      United States District Judge

Stipulation and [Proposed] Order Continuing Status Hearing